UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT SIMPSON

v.                                      3:01CV82(EBB)

BIO-WASH PRODUCTS, INC.

FILED
MAR 9   9 453
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### JUDGMENT

Notice having been sent to counsel of record on December 10, 2003, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before January 7, 2004.

No closing papers having been received and no requests for continuance having been received, it is hereby,

ORDERED that the third amended complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 8th day of March, 2004.

KEVIN F. ROWE, Clerk

By *Melissa Ruocco*
Melissa Ruocco
Deputy Clerk

EOD: _____